# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HOLLY JOHNSON**                                                  **PLAINTIFF**

v.                 **CASE NO. 4:20-CV-01269-BSM**

**PARKER,** *et al.*                                          **DEFENDANTS**

## ORDER

Holly Johnson's suit is dismissed without prejudice because she has failed to comply with the order [Doc. No. 2] directing her to pay the full filing fee or apply to proceed *in forma pauperis* by November 21, 2020.  *See* Local Rule 5.5(c)(2).  It is certified that an *in forma pauperis* appeal would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 4th day of December, 2020.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE