IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HOLLY JOHNSON**                                                                                                    **PLAINTIFF**

**v.**                                        **CASE NO. 4:20-CV-01269-BSM**

**PARKER,** *et al.*                                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 4th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE